02-12-296-CR









 
 
 
 
 
 
 
 
 
 
 
 
 
 COURT OF APPEALS
 SECOND DISTRICT OF TEXAS
 FORT WORTH
  
 
 


 

 

NO.  02-12-00296-CR

 

 


 
 
 ALISHA MARIE LODRIGUE
 
 
  
 
 
 APPELLANT
 
 
 
 
  
 V.
  
 
 
 
 
 The State of Texas
 
 
  
 
 
 STATE
 
 


 

 

----------

FROM THE 371ST
District Court OF Tarrant COUNTY

----------

MEMORANDUM
OPINION[1]

----------

Appellant
Alisha Marie Lodrigue attempts to appeal following her plea of true to the
State’s motion to proceed to adjudicate her guilt.  The trial court accepted
Appellant’s plea and sentenced her accordingly.  The trial court’s
certification of Appellant’s right to appeal states that this “is a
plea-bargain case, and the defendant has NO right of appeal.”  See Tex. R.
App. P. 25.2(a)(2).  On July 6, 2012, we notified Appellant that this appeal
could be dismissed unless she or any party desiring to continue the appeal
filed a response showing grounds for continuing the appeal.  The court has not
received any response.

The
Texas Rules of Appellate Procedure are clear that in a plea-bargain case, an
appellant may appeal only those matters that were raised by written motion
filed and ruled on before trial or after getting the trial court’s permission
to appeal.  See Tex. R. App. P. 25.2(a)(2).  Because the trial court’s
certification reflects that Appellant has no right of appeal, we dismiss this
appeal for want of jurisdiction.  See Tex. R. App. P. 25.2(a)(2), (d),
43.2(f).

 

PER CURIAM

 

PANEL: 
GARDNER,
WALKER, and MCCOY, JJ.

 

DO
NOT PUBLISH

Tex.
R. App. P. 47.2(b)

 

DELIVERED:  August 30, 2012








 









[1]See Tex. R. App. P. 47.4.